IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00914-MSK-MJW

B & R PLASTICS, INC.,

Plaintiff(s),

v.

WHITNEY DESIGN, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Motion for Leave to Permit Out-of-State Counsel to Attend Rule 16 Hearing by Telephone, filed with the Court on August 13, 2008, (DN 29), is GRANTED. The Court's telephone number is (303) 844-2403. Counsel shall initiate the conference call timely to the number provided above.

Date: August 13, 2008
_____