IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00914-MSK-MJW

B & R PLASTICS, INC.,

Plaintiff(s),

v.

WHITNEY DESIGN, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Leave to Permit Out-of-State Counsel to Attend Rule 16 Hearing by Telephone, filed with the Court on August 13, 2008, DN 29, is GRANTED.

    FURTHER, it is ORDERED that the Plaintiff's Unopposed Motion for Leave to Permit Plaintiff's Counsel to Attend Rule 16 Hearing by Telephone, filed with the Court on August 13, 2008, DN 32, is GRANTED.

    FURTHER, it is ORDERED that the Plaintiff shall set up a telephonic conference call on August 22, 2008 at 9:00 a.m. (Mountain Time) for _all_ parties in this matter to participate in this Scheduling Conference by telephone. The Court's telephone number is (303) 844-2403.

Date: August 13, 2008
_____