NOTE: This order is nonprecedential. 08cv914

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2009

GREGORY C. LANGHAM
CLERK

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

09/11/09

cc: Clerk's Office, DCT
Erik G. Fischer
McPherson D. Moore

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 11 2009

JAN HORBALY
CLERK

**ISSUED AS A MANDATE: 09/11/09**

B & R PLASTICS V WHITNEY DESIGN, 2009-1250
DCT - 08-CV-00914

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 9/11/09

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1250

B & R PLASTICS, INC.,

                        Plaintiff-Appellant,

v.

WHITNEY DESIGN, INC.,

                        Defendant-Appellee.

Appeal from the United States District Court for the District of Colorado in case no. 08-CV-00914, Judge Marcia S. Krieger.

## ORDER